12-15-00002-CR

In The Twelfth Court of Appeals
Tyler, Tx.

O'Andrew Shelton
Appellant

v.

The State of Texas
Appellee

FILED IN COURT OF APPEALS
12th Court of Appeals District
JUL 13 2015
TYLER TEXAS
CATHY S. LUSK, CLERK

On Appeal from the 114th District Court of
Smith County  Trial Cause No. 114-0724-14

First Motion For Extension of Time to File
Appellant's Pro Se Brief or Response To Anders Brief

To The Honorable Justices of The Court of Appeals:

Comes now O'Andrew Shelton, Appellant pro se, And
respectfully moves the Court to extend the deadline for
filing his brief by 45 days. In support, Appellant would
show the following:

1.

On November 26, 2014 the jury found Appellant guilty of
Possession of A Controlled Substance. The judge
assessed punishment At 50 years imprisonment in
the Texas Department of Criminal Justice.

## II

On May 13, 2015, Appellant recieved notice by mail that his appeal attorney filed an Ander's brief on his behalf and notice that Appellant had a right to file a pro se brief or response to the Ander's brief.

## III

On June 17, 2015, the appellate record was first made available to appellant. The deadline for filing Appellant brief response is July 17, 2015.

## IV

This is Appellant's first request for extension after recieving records. Appellant is unable to meet the deadline for the following reasons:

(A) Appellant has not had any access to law library since recieving records. Per Ct. Caraway, at the Smith County Jail, the law books here at the jail are outdated and until the law books and materials are updated there will be no law library access.

(B) Appellant has limited legal knowledge therefor research is hindered due to lack of law library.

## V

For the reasons stated above, Appellant respectfully requests an additional 45 days to complete pro se brief or response in support of Appellant's Appeal.

## VI

Appellant prays that the court grant this motion and extend the time to file Appellant's pro se brief or response by 45 days, extending the deadline to August 1, 2015.

Respectfully submitted,
Q'Andrew Shelton #1981062
Appellant, pro se
Smith County Jail
206 E. Elm
Tyler, Tx. 75702

Certificate of Service

I hereby certify that on July 9, 2015, a true and correct copy of Appellant's motion for extension to file his brief or response was mailed to the Attorney for the State by U.S. First Class mail addressed to Michael J. West, Assistant District Attorney, 4th Floor, Courthouse, 100 N. Broadway, Tyler, Tx. 75702

O'Andrew Shelton
Appellant, pro se

I, O'Andrew Shelton, T.D.C.J. # 1981062, being presently incarcerated in Smith County Jail in Tyler, Tx., verify and declare under penalty of perjury that the foregoing statements are true and correct. Executed on this the 9th day of July, 2015.

O'Andrew Shelton
TDCJ # 1981062